UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| COLLISIONRIGHT, LLC, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO. |
| KY COLLISION CENTER, LLC, *et al* | 6:22-cv-00109-REW-HAI |
| Defendants. | |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Comes the Plaintiff, CollisionRight, LL., by counsel, and pursuant to **FED. R. CIV. P. 7.1**, it discloses as follows:

1. Plaintiff, CollisionRight, LLC is a Delaware Limited Liability Company.

2. The parent company of CollisionRight, LLC is COP CollisionRight Holdings, Inc., a Delaware Corporation.

3. Neither of the foregoing is publicly held, and no publicly held corporation owns 10% or more of stock in either.

*/s/ Jack A. Wheat*
Jack A. Wheat
E-mail: jwheat@mcbrayerfirm.com
Bruce B. Paul
E-mail: bpaul@mcbrayerfirm.com
Peter J. Rosene
E-mail: prosene@mcbrayerfirm.com
McBRAYER, PLLC
500 W. Jefferson Street, Suite 2400
Louisville, KY 40202
Phone: (502) 327-5400

Robert E. Maclin, III
E-mail: remaclin@mcbrayerfirm.com
McBRAYER, PLLC
201 East Main Street, Suite 900
Lexington, KY 40507
Phone: (859) 231-8780

***Counsel for Plaintiff***